McGREGOR W. SCOTT
United States Attorney
BOBBIE MONTOYA
Assistant U.S. Attorney
United States Attorney's Office
Sacramento Federal Courthouse
501 "I" Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
MICHAEL SITCOV
Assistant Branch Director
TAMARA L. ULRICH
CHRISTOPHER R. HALL
ROBERT J. KATERBERG
SCOTT RISNER
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Ave., N.W., Room 7128
Washington, D.C. 20530
Telephone: (202) 514-2205
Facsimile: (202) 616-8470

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH CORPORATION OF AMERICA, | Case No. 2:07-cv-2056 (LKK/DAD) |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ALPHONSO JACKSON, et al., | |
| Defendants. | |

    WHEREAS Plaintiff Nehemiah Corporation of America brought this action on September 30, 2007, seeking judicial review of a recently issued final rule promulgated by the Department of Housing and Urban Development, Standards for Mortgagor's Investment in Mortgaged Property, 72 Fed. Reg. 56,002 (Oct. 1, 2007) ("Final Rule");

    WHEREAS the effective date of the Final Rule as to Plaintiff is March 31, 2008;

1   WHEREAS this action is brought under the Administrative Procedure Act and the parties
2 have agreed to file cross-motions for summary judgment;
3   The parties hereby stipulate and agree as follows:
4   1.   The parties agree to the following summary judgment briefing schedule for
5 resolution of this matter on the merits:
6       a.   On or before January 4, 2008, Defendants will file the Administrative
7 Record.
8       b.   On January 11, 2008, the parties will file contemporaneous cross-motions
9 for summary judgment.
10      c.   On January 25, 2008, the parties will file contemporaneous oppositions to
11 the parties' respective cross-motions for summary judgment.
12      d.   No reply briefs will be filed.
13  2.   Unless otherwise ordered by the Court, oral argument on the parties' cross-
14 motions for summary judgment will be set for 10 a.m. on February 11, 2008.
15  3.   In light of the foregoing, the parties agree that Defendants shall not be obligated
16 to file an answer.

Dated: December 17, 2007                    Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney
                                            BOBBIE MONTOYA
                                            Assistant U.S. Attorney
                                            United States Attorney's Office
                                            Sacramento Federal Courthouse
                                            501 "I" Street Suite 10-100
                                            Sacramento, CA 95814
                                            Telephone: (916) 554-2700
                                            Facsimile: (916) 554-2900

                                            JEFFREY S. BUCHOLTZ
                                            Acting Assistant Attorney General

| | |
|---|---|
| 1 | MICHAEL SITCOV |
| 2 | Assistant Branch Director |
| | |
| 4 | */s/ Christopher R. Hall* |
| | TAMARA L. ULRICH |
| 5 | CHRISTOPHER R. HALL |
| 6 | ROBERT J. KATERBERG |
| | SCOTT RISNER |
| 7 | Attorneys, Civil Division |
| 8 | U.S. Department of Justice |
| | P.O. Box 883 |
| 9 | 20 Massachusetts Ave., N.W., Room 7128 |
| 10 | Washington, D.C. 20530 |
| 11 | Telephone: (202) 514-2205 |
| | Facsimile: (202) 616-8470 |
| 13 | Attorneys for Defendants |

IT IS SO ORDERED.

DATED: December 27, 2007.

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT